MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

HALLIE M. HOFFMAN (CABN 210020)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7129
    Fax:  (415) 436-7234
    Hallie.Hoffman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 15-00186 WHA |
| Plaintiff, | ) [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 21, 2015 TO MAY 19, 2015 |
| v. | ) |
| JAMES L. SERGENT and MONICA TAYLOR, | ) |
| Defendants. | ) |

    Defendants James L. Sergent, represented by Daniel Blank, AFPD, and Monica Taylor, represented by Deborah G. Levine, Esq.,[1] and the government, represented by Hallie Hoffman, Assistant United States Attorney, appeared before the Court on April 21, 2015 for an initial appearance and status hearing. The parties represented that the government had just provided thousands of pages of discovery. Parties requested a continuance of the matter so that the discovery could be reviewed.

    The matter was continued to May 19, 2015 at 2:00pm for a change of plea hearing or to set further proceedings. Counsel requested that time be excluded under the Speedy Trial Act between April

---

[1] Ms. Levine was unable to appear at the hearing so Mr. Blank specially appeared on behalf of Ms. Taylor.

ORDER EXLUDING TIME
Case No. CR 15-00186 WHA

21, 2015 and May 19, 2015 because the time was needed to review the discovery and to conduct necessary investigation. The government stated it had no objection to excluding time.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between April 21, 2015 and May 19, 2015 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 21, 2015 and May 19, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between April 21, 2015 and May 19, 2015 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated:   April 22, 2015.

WILLIAM H. ALSUP
United States District Judge

ORDER EXLUDING TIME
Case No. CR 15-00186 WHA