MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

HALLIE M. HOFFMAN (CABN 210020)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7129
    FAX: (415) 436-7234
    hallie.hoffman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 15-186 WHA |
| Plaintiff, | ) |
| | ) [PROPOSED] STIPULATED ORDER |
| v. | ) EXCLUDING TIME FROM MAY 19, 2015 TO |
| | ) OCTOBER 19, 2015 |
| JAMES L. SERGENT and | ) |
| MONICA TAYLOR, | ) |
| Defendant. | ) |

    Defendants James L. Sergent, represented by Daniel Blank, AFPD, and Monica Taylor, represented by Deborah G. Levine, Esq., and the government, represented by Hallie Hoffman, Assistant United States Attorney, appeared before the Court May 19, 2015 for a status hearing. The Court set the following dates in the matter: motions due on June 16, 2015; responses due on June 30, 2015; replies due on July 7, 2015; and the motions hearing on July 14, 2015 at 2:00 pm. Further, the Court set a trial date in this matter for October 19, 2015 and set the pre-trial conference to be held on October 7, 2015.

    Counsel requested that time be excluded under the Speedy Trial Act between May 19, 2015 and October 19, 2015 because time is needed to review discovery, to evaluate and prepare motions if needed, and to conduct necessary investigation. The government stated it had no objection to excluding

ORDER EXLUDING TIME
Case No. CR 15-186 WHA

time.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 19, 2015 and October 19, 2015 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 19, 2015 and October 19, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between May 19, 2015 and October 19, 2015 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

DATED: May 21, 2015              MELINDA HAAG
                                 United States Attorney


                                 _____/s/_____
                                 HALLIE M. HOFFMAN
                                 Assistant United States Attorney


DATED: May 21, 2015              _____/s/_____
                                 DANIEL BLANK
                                 Attorney of James L. Sergent


DATED: May 21, 2015              _____/s/_____
                                 DEBORAH G. LEVINE
                                 Attorney of Monica Taylor

//
//
//
//
//
//

ORDER EXLUDING TIME
Case No. CR 15-186 WHA

1   IT IS SO ORDERED.

3   DATED: May 26, 2015

_____
HONORABLE WILLIAM ALSUP
United States District Judge