**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MONICA TAYLOR,

    Defendant.

 /

No. CR 15-00186 WHA

**ORDER RE STIPULATION TO EXTEND DEADLINES**

The parties have filed a stipulation to extend all pretrial motion deadlines and hearings by one month. The reason given is that defense counsel need more time to complete their investigation. This does not amount to good cause. The parties stipulation is **GRANTED IN PART AND DENIED IN PART**. The defense's pretrial motions shall now be due by **JUNE 23, 2015.** Any government opposition shall be due by **JULY 7, 2015.** Replies shall be due by **JULY 14, 2015**. The hearing currently set for July 14 is hereby continued to **JULY 21, 2015, AT TWO P.M.**

**IT IS SO ORDERED.**

Dated: June 12, 2015.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE