BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

HALLIE M. HOFFMAN (CABN 210020)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7129
Fax: (415) 436-7234
Hallie.hoffman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES L. SERGENT and<br>MONICA TAYLOR,<br><br>Defendants. | NO. CR 15-00186 WHA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING RESTITUTION AMOUNT |

Defendants James L. Sergent, represented by Daniel Blank, AFPD, and Monica Taylor, represented by Deborah G. Levine, Esq., and the government, represented by Hallie Hoffman, Assistant United States Attorney, appeared before the Court on December 8, 2015 for a sentencing hearing. At the sentencing hearing, the amount of restitution owed by the defendants was not decided. The determination of the amount of restitution was deferred until February 16, 2016 when the Court scheduled a restitution hearing. The Court noted, however, that if the parties stipulated to a restitution amount, prior to the hearing, the Court would consider vacating the restitution hearing. The parties hereby jointly stipulate and agree to the restitution amount as set forth in the attached Proposed Order

//

and request that the restitution hearing previously scheduled for February 16, 2016, be vacated.

SO STIPULATED.

Dated: February 12, 2016

BRIAN J. STRETCH
Acting United States Attorney

__________/s/________________
HALLIE M. HOFFMAN
Assistant United States Attorney

Dated: February 12, 2016

__________/s/________________
DANIEL BLANK
Attorney for defendant Sergent

Dated: February 12, 2016

__________/s/________________
DEBORAH G. LEVINE
Attorney for defendant Taylor

**~~[PROPOSED]~~ ORDER**

Based upon the representations of counsel and for good cause shown, the Court ORDERS that restitution in this matter be imposed as follows:

1) Both defendants shall pay restitution to Prologis, C/O John Cu Hanson Bridgett LLP, 425 Market Street, 26th Floor San Francisco, CA 94111: defendant Sergent in the amount of $619,603.66 and defendant Taylor in the amount of $641,832.16, which shall be due immediately. The amount of $669,056.16 shall be paid jointly and severally with both defendants in this case until full restitution is paid;

2) Defendant Sergent shall pay restitution to the Internal Revenue Service RACS, Attention: Mailstop 6261, Restitution 333 West Pershing Avenue Kansas City, MO 64108 in the amount of $79,701, which shall be due immediately; and

3) When incarcerated, payment of restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial

Responsibility Program. In addition, no interest will accrue while the defendant is incarcerated and shall not exceed a total amount of $25,000. Restitution payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102, in monthly payments of not less than $200 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from placement on supervision. Any established payment plan does not preclude enforcement efforts by the US Attorney's Office if the defendant has the ability to pay more than the minimum due.

Finally, the Court further ORDERS that the restitution hearing previously scheduled for February 16, 2016 be vacated.

Dated: February 16, 2016.

WILLIAM H. ALSUP
United States District Judge