BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    FAX: (415) 436-6570
    Raven.Norris@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES L. SERGENT,<br><br>    Defendant,<br><br>SELF-HELP FEDERAL CREDIT UNION,<br><br>    Garnishee. | CASE NO. CR 15-0186-001 WHA<br><br>[PROPOSED] ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO WITHDRAW OR OTHERWISE TERMINATE WRIT OF GARNISHMENT |

    Upon consideration of the United States' Motion to Withdraw Garnishment Proceedings and for good cause shown,

    IT IS HEREBY ORDERED that the United States' Motion to Withdraw Garnishment Proceeding is granted.

ORDER RE: MOTION TO WITHDRAW GARNISHMENT PROCEEDING
CR 15-0186-001 WHA                    1

IT IS FURTHER ORDERED that the Writ of Continuing Garnishment is withdrawn and terminated.

Dated: _____November 8, 2016._____          _____
                                            WILLIAM H. ALSUP
                                            United States District Judge

ORDER RE: MOTION TO WITHDRAW GARNISHMENT PROCEEDING
CR 15-0186-001 WHA                            2